UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEWADIN CASINOS GAMING
AUTHORITY,

    Plaintiff,

v.

HON. JOYCE DRAGANCHUK, et al.,

    Defendants.
_____/

Case No. 2:22-cv-27

Hon. Hala Y. Jarbou

## **ORDER**

In accordance with the opinion entered this date:

**IT IS ORDERED** that the Defendants' motions to dismiss (ECF Nos. 20, 22) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend/correct complaint (ECF No. 38) is **DENIED**.

Dated: August 24, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE