UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEWADIN CASINOS GAMING
AUTHORITY,

    Plaintiff,

v.

Case No. 2:22-cv-27

Hon. Hala Y. Jarbou

HON. JOYCE DRAGANCHUK, et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion and order entered this date:

**IT IS ORDERED** that this case is **DISMISSED**.


Dated: August 24, 2022      /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF UNITED STATES DISTRICT JUDGE