IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN

KEWADIN CASINOS GAMING AUTHORITY,
A duly authorized entity created under the laws of
the Sault Ste. Marie Tribe of Chippewa Indians

Case No. 2:22-cv-00027

      Plaintiff,

Hon. Hala Y. Jarbou

v.

HONORABLE JOYCE DRAGANCHUK, District Judge, State of Michigan, Ingham County Circuit Court, in her Individual and Official Capacities, JLLJ DEVELOPMENT, LLC, a Michigan Limited Liability Company, and LANSING FUTURE DEVELOPMENT II, LLC, a Michigan Limited Liability Company,

**KEWADIN CASINOS GAMING AUTHORITY NOTICE OF APPEAL**

      Defendants.

---

| | |
|---|---|
| Jeremy J. Patterson<br>Jeffrey S. Rasmussen<br>Frances Bassett<br>Robert T. Lawrence<br>PATTERSON EARNHART REAL BIRD & WILSON, LLP<br>Attorneys for Plaintiff<br>1900 Plaza Drive<br>Louisville, CO 80027<br>(303) 926-5292<br>jpatterson@nativelawgroup.com<br>jrasmussen@nativelawgroup.com<br>fbassett@nativelawgroup.com<br>rlawrence@nativelawgroup.com | Bonnie G. Toskey (P30601)<br>Timothy M. Perrone (P37940)<br>COHL, STOKER & TOSKEY, P.C.<br>Attorneys for Defendant Hon. Joyce Draganchuk<br>601 N. Capitol Ave.<br>Lansing, MI 48933<br>(517) 372-9000<br>btoskey@cstmlaw.com<br>tperrone@cstmlaw.com |
| Andrew J. Broder (P23051)<br>PAYNE, BRODER & FOSSEE, P.C.<br>Attorneys for Defendants Lansing Future and JLLJ Development<br>32100 Telegraph Rd, Suite 200<br>Bingham Farms, MI 48025-2454<br>(248) 642-7733<br>abroder@ppbf.com | Michael H. Perry (P22890)<br>FRASER TREBILCOCK DAVIS & DUNLAP, P.C.<br>Co-Counsel for Defendants Lansing Future and JLLJ Development<br>124 W. Allegan, Suite 1000<br>Lansing, MI 48933<br>(517) 482-580<br>mperry@fraserlawfirm.com |

## KEWADIN CASINOS GAMING AUTHORITY NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that, Plaintiff in District Court case 2-22-cv-00027, Plaintiff in this matter, Christine McPherson and Allen Kerridge (proposed added plaintiffs through motion to amend and proposed amended complaint) hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final order and judgment of the District Court for the District of Western Michigan issued on August 24, 2022. Dkts. 65-67.

Respectfully submitted this 22nd day of September 2022.

/s/ *Jeffrey S. Rasmussen*
Jeremy J. Patterson
Jeffrey R. Rasmussen
Frances Bassett
Robert T. Lawrence
PATTERSON EARNHART REAL BIRD & WILSON, LLP
Attorneys for Plaintiff
1900 Plaza Drive
Louisville, CO 80027
(303) 926-5292
jpatterson@nativelawgroup.com
jrasmussen@nativelawgroup.com
fbassett@nativelawgroup.com
rlawrence@nativelawgroup.com