# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 13, 2022

Mr. Michael H. Perry
Fraser, Trebilcock, Davis & Dunlap
124 W. Allegan, Suite 1000
Lansing, MI 48933

Mr. Jeffrey Rasmussen
Patterson Earnhart Real Bird & Wilson
1900 Plaza Drive
Louisville, CO 80027

Ms. Bonnie G. Toskey
Cohl, Stoker & Toskey
601 N. Capitol Avenue
Lansing, MI 48933

Re: Case No. 22-1845, *Kewadin Casinos Gaming Authority v. Joyce Draganchuk, et al*
Originating Case No. : 2:22-cv-00027

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7069

cc: Ms. Frances C. Bassett
Mr. Andrew J. Broder
Ms. Ann E. Filkins
Mr. Jeremy Joseph Patterson
Mr. Timothy M. Perrone

Enclosure

No mandate to issue

Case No. 22-1845

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

KEWADIN CASINOS GAMING AUTHORITY

       Plaintiff - Appellant

v.

JOYCE DRAGANCHUK, District Judge, State of Michigan, Ingham County Circuit Court, in her Individual and Official Capacities; JLLJ DEVELOPMENT, LLC; LANSING FUTURE DEVELOPMENT II, LLC

       Defendants - Appellees


   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

     The proper fee was not paid by October 7, 2022.

   It is therefore **ORDERED** that this cause be, and it hereby is, **DISMISSED** for want of prosecution.

                       **ENTERED PURSUANT TO RULE 45(a),**
                       **RULES OF THE SIXTH CIRCUIT**
                       Deborah S. Hunt, Clerk

Issued: October 13, 2022