**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 13, 2022

Mr. Michael H. Perry
Fraser, Trebilcock, Davis & Dunlap
124 W. Allegan, Suite 1000
Lansing, MI 48933

Mr. Jeffrey Rasmussen
Patterson Earnhart Real Bird & Wilson
1900 Plaza Drive
Louisville, CO 80027

Ms. Bonnie G. Toskey
Cohl, Stoker & Toskey
601 N. Capitol Avenue
Lansing, MI 48933

Re:     Case No. 22-1845, *Kewadin Casinos Gaming Authority v. Joyce Draganchuk, et al*
        Originating Case No. : 2:22-cv-00027

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                              Sincerely yours,

                              s/Leon T. Korotko
                              Case Manager
                              Direct Dial No. 513-564-7069

cc:  Ms. Frances C. Bassett
     Mr. Andrew J. Broder
     Ms. Ann E. Filkins
     Mr. Jeremy Joseph Patterson
     Mr. Timothy M. Perrone

Enclosure

Case No. 22-1845

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

KEWADIN CASINOS GAMING AUTHORITY

       Plaintiff - Appellant

v.

JOYCE DRAGANCHUK, District Judge, State of Michigan, Ingham County Circuit Court, in her Individual and Official Capacities; JLLJ DEVELOPMENT, LLC; LANSING FUTURE DEVELOPMENT II, LLC

       Defendants - Appellees

   Upon sua sponte consideration to reinstate the case,

   And it appearing that the default which led to dismissal of the appeal has been cured,

   It is **ORDERED** that the case be and it hereby is **REINSTATED**.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  October 13, 2022